IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JAMES McLAURIN                                                                                          PLAINTIFF

v.                                          NO.  3:08cv00117 JWC

MICHAEL J. ASTRUE,                                                                                  DEFENDANT
Commissioner, Social
Security Administration

## JUDGMENT

Pursuant to the Memorandum Opinion and Order entered this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 16th day of September, 2009.

_____
UNITED STATES MAGISTRATE JUDGE